IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NATIONWIDE MUTUAL FIRE INSURANCE COMPANY** | § § § | **PLAINTIFF** |
| VS. | § § | CAUSE NO. 1:09CV317-LG-RHW |
| **THOMAS HAYES, d/b/a CHEYENNE CONSTRUCTION, and RHONDA DERENBECKER** | § § § § | **DEFENDANTS** |

## JUDGMENT

This cause is before the Court on the Plaintiff's Motion for Summary Judgment [13] and Defendant Rhonda Derenbecker's Cross-Motion for Summary Judgment [21], the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant Rhonda Derenbecker's Cross-Motion for Summary Judgment [21], should be, and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's claims should be and are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 7th day of September, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE